FILED
CHARLOTTE, NC
JUL 12 2023
US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
District of North Carolina
_____ Division

Robert James Swint
*Plaintiff(s)*

~~[scribbled out] Att Wireless~~
DirectTV, U.S. Bank, FACEBOOK, Pepsi, Albertsons,
Bluebird Authority, Avon
*Defendant(s)*

Att Wireless, DirectTV, US Bank, Bluebird Authority, Facebook, Avon, Albertsons, Pepsi

Case No. 3:23-cv-419-FDW
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Att Wireless, DirectTV
Street Address: U.S. BANK, Facebook, Bluebird Authority
City and County: Pepsi, Avon,
State and Zip Code: NORTH CAROLINA
Telephone Number:
E-mail Address:

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Bluebird Authority
US BANK, Pepsi, Facebook, Avon

Page 1 of 5

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*[handwritten]* title 28 USC §1331, (1332) 2019 (2020) 1335 total title 28 + 35
This Also
1624
859999!

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _AT&T Atlantic Bell / Ted Turner / Timewarner AT&T / Turner Broadcasting Systems_, is a citizen of the
    State of *(name)* ____

    *[handwritten numbers: 88, 99, 101]*

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* ____, is incorporated
    under the laws of the State of *(name)* ____,
    and has its principal place of business in the State of *(name)* ____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _Robert Swint_, is a citizen of
    the State of *(name)* _Oregon_. Or is a citizen of
    *(foreign nation)* ____.

b. If the defendant is a corporation

The defendant, (name) **A GROUP**, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) **NORTH CAROLINA**

Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) **DirectTV, ATT, Pepsi**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy — **Targeting Mentally Ill patients for gain**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain): **Avon, Pepsi, I'M DEMANDING AT&T Wireless, DirectTV, U.S. BANK, FACEBOOK, BLUEBIRD AUTHORITY PAID 15577 dollars in damages to my mental health for misleading me throughout time**

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**That AT&T along with the "genie" from DirectTV could have activated along with all these other stuff and I began to really rethink possible like a said along with everything Bluebird from TV (6182 over to this side with US Bank and Facebook SPW) now**

### IV. Relief

**The Bobsi Twins from Pepsi, Avengers,**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**US Bank especially played a big role in the messing with my head, Bluebird Authority, now Facebook and DirectTV to AT&T. $15577**

Robert Swift 7/2/23