ROBERT JAMES SWINT
PLAINTIFF

vs.

AT&T WIRELESS
DEFENDANT

[the money requested / more will]

MOTION TO DISSOLUTION

CASE 00419

FILED
CHARLOTTE, NC
SEP -7 2023
US DISTRICT COURT
WESTERN DISTRICT OF NC

DISSOLUTION

I'm asking the court to dismiss the 419 case. Obviously there was a misunderstanding as it was will to begin with. Thank you.

R S
Robert Swint
8/14/23

# U.S. District Court
## Western District of North Carolina (Charlotte)
### CIVIL DOCKET FOR CASE #: 3:23-cv-00419-FDW-DCK

Swint v. AT&T Wireless et al
Assigned to: District Judge Frank D. Whitney
Referred to: US Magistrate Judge David Keesler
Cause: 28:1331 Fed. Question

Date Filed: 07/12/2023
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Robert James Swint**  represented by  **Robert James Swint**
P.O. Box 1235
Clatskanie, OR 97016
PRO SE

V.

**Defendant**

**AT&T Wireless**

**Defendant**

**Direct TV**

**Defendant**

**US Bank**

**Defendant**

**Facebook**

**Defendant**

**Pepsi**

**Defendant**

**Albertsons**

**Defendant**

**Bluebird Authority**

**Defendant**

**Avon**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2023 | 1 | Pro Se COMPLAINT against AT&T Wireless, Albertsons, Avon, Bluebird Authority, Direct TV, Facebook, Pepsi with Jury Demand, filed by Robert James Swint. (Attachments: # 1 Envelope)(jm) (Entered: 07/13/2023) |
| 07/13/2023 | 2 | MOTION *(Sealed – Participants)* to Proceed in forma pauperis by Robert James Swint. (Attachments: # 1 Envelope) (jm) (Entered: 07/13/2023) |
| 07/13/2023 |   | Clerk's Entry and Service of **Case Assignment Packet**. And **Initial Scheduling Order and Certificate of Initial Attorney FRCP 26(f) Conference Form** pursuant to the Standing Order Governing Civil Case Management before the Honorable Frank D. Whitney (3:07-mc-47 (Doc. No. 2)). The document was served conventionally by US Mail (jm) (Entered: 07/13/2023) |

| 08/15/2023 | 3 | ORDER denying without prejudice 2 Motion for Leave to Proceed in forma pauperis. Plaintiff shall pay the filing fee or file an Amended Application (Long Form, AO Form 239), within twenty-one (21) days of entry of this Order. Signed by District Judge Frank D. Whitney on 8/15/23. (Pro se litigant served by US Mail.)(clc) (Entered: 08/15/2023) |
|---|---|---|
| 08/15/2023 | | Set/Reset Deadlines: Amended IFP Application due by 9/5/2023 or Filing Fee due by 9/5/2023. (clc) (Entered: 08/15/2023) |